**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| *NICHOLE NOLAN, individually and in a representative capacity for decedent, CHARLENE ANN BUTLER,*<br><br>Plaintiff,<br><br>v.<br><br>*SAGE NURSING & REHAB LLC, individually and d/b/a "Magnolia Wellness Center," and JOHN AND JANE DOE 1 THROUGH 20,*<br><br>Defendants. | ) | Cause No. 4:26-cv-00877-MAL |

## JOINT NOTICE OF SETTLEMENT

COME NOW Defendant, Sage Nursing & Rehab, LLC, individually and d/b/a “Magnolia Wellness Center” by and through its counsel of Sandberg, Phoenix & von Gontard, P.C., and Plaintiff, Nichole Nolan, individually and in a representatives capacity for decedent, Charlene Ann Butler, by and through her counsel of Dreesen Law Group, LLP and, jointly the Parties respectfully states to the Court as follows:

1. The Parties report they have reached an amicable agreement in principle resolving all matters in controversy between them.

2. The Parties are currently finalizing the formal, written settlement agreement.

3. Given that this suit involves wrongful death claims, the Parties request that a hearing for approval of the wrongful death settlement be set at a time following the completion of the Parties’ formal, written settlement agreement.

4. The Parties request that such hearing for approval of the wrongful death settlement be set forty-five (45) days from the date of this Notice, to allow the Parties sufficient time to complete the formal, written settlement agreement and file their Joint Motion for Approval of Settlement and all confidential Exhibits in support of the Joint Motion for Approval of Settlement.

5. Counsel for the Parties have conferred and jointly consent to the relief requested herein.

WHEREFORE, the Parties respectfully request that the Court grant the Parties a hearing to approve the wrongful death settlement forty-five (45) days from the date of this Notice, to allow the Parties sufficient time to complete the formal, written settlement agreement and file their Joint Motion for Approval of Settlement and all confidential Exhibits in support of the Joint Motion for Approval of Settlement.

SANDBERG PHOENIX & von GONTARD P.C.

By: */s/Katherine A. Melzer*
Jeffrey L. Dunn, #51748
Katherine A. Melzer, #71733
701 Market Street, Suite 600
St. Louis, MO 63101-1826
314-231-3332
314-241-7604 (Fax)
jdunn@sandbergphoenix.com
kmelzer@sandbergphoenix.com
*Attorneys for Defendant*
*Sage Nursing & Rehab, LLC*
*d/b/a Magnolia Wellness Center*

DREESEN LAW GROUP, LLC

By: */s/ D. Matthew Dreesen (filed w/ consent)*
D. Matthew Dreesen, #43641
16105 Swingley Ridge Road, #4097
Chesterfield, MO 63005
Phone: (636) 449-4400
Fax: (636) 220-7161
mdreesen@dreesenlaw.com
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of October 2026 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

D. Matthew Dreesen
Dreesen Law Group, LLC
mdreesen@dreesenlaw.com
*Attorney for Plaintiff*

*s/Katherine A. Melzer*