**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

NICHOLE NOLAN, individually and in a representative capacity for decedent, CHARLENE ANN BUTLER,

*Plaintiff,*

v.

SAGE NURSING & REHAB, LLC, et al.,

*Defendants.*

No. 4:26-cv-00877-MAL

**Memorandum and Order**

Plaintiff Nolan, suing individually and in a representative capacity on behalf of decedent Charlene Ann Butler, originally filed the Complaint in Missouri State Court. (Doc. 1-1). Defendant Sage Nursing & Rehab, LLC, filed a Motion to Dismiss or in the Alternative Motion for More Definite Statement, (Doc. 7), and removed the case to federal court based on diversity jurisdiction. (Doc. 1). Eventually, Sage Nursing filed an unopposed Motion to Withdraw its Motion for More Definite Statement, (Doc. 15), which the Court granted. (Doc. 16). In its Motion to Withdraw, Sage Nursing clarified that the original Motion was not intended to be a motion to dismiss, despite its title. (Doc. 15 at 2 n.1). Rather, a scrivener's error caused the confusion. *Id.*

Accordingly, the Court **DENIES** Sage Nursing's Motion to Dismiss as moot.

**SO ORDERED,**

This 16th day of October, 2026.

Maria A. Lanahan

MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE